# SUPPLEMENT TO THE SARATOGA SENTINEL.

PUBLISHED BY WILBUR & COREY, AT $1.00 PER ANNUM.

Vol. II.]        AUGUST 16, 1842.        [No. 9,

## COURT OF CHANCERY.

### DECISIONS OF THE CHANCELLOR,
AUGUST 16, 1842.

*John Barton v. Francis D. Farbore.* W. C. NOYES, for complainant.

This was a motion for a decree for the sale of mortgaged premises. The bill stated that the defendant was insolvent and out of the state, and that the mortgage did not contain any power of sale. The chancellor held that in such a case the court has jurisdiction, if the mortgaged premises are worth more than $100, although there is less than $100 due; upon the ground that there is no other remedy, and there would otherwise be a failure of justice. (*See* 2 *Paige,* 324.)

*Jurisdiction in mortgage cases, though less than $100 due.*

*John M. Bradhurst et al. ex'rs, &c. v. Samuel F. Halsey et al.* F. S. KINNEY, for appellant; JOHN JAY, for respondents.

Order of the vice chancellor affirmed with costs.

*Joseph D. Beers v. David Leavitt, receiver, &c. et al.* A. MANN, JUN. for complainant; G. N. TITUS & W. C. NOYES, for defendants; C. C. KING, for Palmer and others.

Motion for injunction to prevent sale of stock denied, with $8 costs to the trustees who appeared on the argument; *but* without prejudice to the complainants' right to renew it upon an amended bill.